IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:01CR128 |
| v. | ) | |
| RENAULD FOX, | ) | ORDER |
| Defendant. | ) | |

On January 27, 2012, defendant appeared with counsel for a hearing on the Petition for Warrant or Summons for Offender Under Supervision (Filing No.52). Defendant was represented by Jeffrey L. Thomas. Plaintiff was represented by Kimberly Bunjer, Assistant United States Attorney.

Defendant admitted Allegation No. 1 of the Petition, and the Court found the defendant to be in violation of the conditions of his supervised release. After hearing arguments of counsel and giving defendant an opportunity for allocution, the Court proceeded to sentencing.

IT IS ORDERED that defendant's supervised release is hereby revoked, and defendant is sentenced to the custody of the Bureau of Prisons for a term of 36 months, with no further supervised release to follow. The sentence shall run concurrently with defendant's sentence in State of Nebraska v. Renauld Fox, Doc. No. CR11-832, District Court of Douglas County, Nebraska.

DATED this 27th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 201__.

_____Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__ to _____, with a certified copy of this judgment.

_____UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

_____UNITED STATES WARDEN

By: _____